UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Case No. M:03-CV-01699-CRB ) ) MDL No. 1699 ) |
| This document relates to: | ) JUDGE BREYER ) |
| **EUGENE JACKSON** **Individual Case No. 3:05-cv-05384-CRB** | ) **STIPULATION AND ORDER OF** ) **DISMISSAL ONLY AS TO CASE** ) **NUMBER 4:05-cv-01011-FJG,** ) **ORIGINALLY FILED IN THE** ) **WESTERN DISTRICT OF MISSOURI** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Eugene Jackson, Case Number 4:05-cv-01011-FJG, originally filed in the Western District of Missouri on October 21, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:05-cv-05384-CRB, may be and is hereby dismissed without prejudice.

**This Stipulation and Order of Dismissal does not relate to nor does it have any effect upon the following action within which Eugene Jackson is also a named plaintiff:** *Eugene Jackson v. G.D. Searle & Co.*, **Case Number CV05-6258-AHM (ex) (a "Celebrex" complaint), originally filed in the Central District of California .**

The parties hereby stipulate that Plaintiff will proceed in the MDL only through the California action, and jurisdiction and venue for the trial of the action will be proper in whichever of the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

1  The parties shall each bear their own costs.

2

3  Dated: April 21, 2006                ROBINSON, CALCAGNIE & ROBINSON

4

5                                       _____
                                        Mark P. Robinson, Jr., SBN054426
                                        mrobinson@rcrlaw.net
6                                       Carlos A. Prietto, III, SBN 166410
                                        cprietto@rcrlaw.net
7                                       Ted B. Wacker, SBN 157416
                                        twacker@rcrlaw.net
8                                       620 Newport Center Drive, 7th Floor
                                        Newport Beach, CA 92660
9                                       Telephone: (949) 720-1288
                                        Fax: (949) 720-1292
10
                                              -AND-
11
                                        Samuel M. Wendt, MO #53573
12                                      David Peterson, MO #32229
                                        PETERSON & ASSOCIATES, P.C.
13                                      801 West 47th Street, Suite 107
                                        Kansas City, MO 64112-1253
14                                      Telephone: (816) 531-4440
                                        Fax: (816) 531-0660
15
                                        *Counsel for Plaintiff*
16                                      EUGENE JACKSON

17

18  Dated: April 24, 2006               GORDON & REES

19

20                                      _____
                                        Stuart M. Gordon, Esq.
21                                      sgordon@gordonrees.com
                                        Embarcadero Center West
22                                      275 Battery Street, 20th Floor
                                        San Francisco, CA 94111
23                                      Telephone: (415) 986-5900
                                        Fax: (415) 986-8054
24
                                        *Defendants' Liaison Counsel*
25

26

27

28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: May 12, 2006

_____
HONORABLE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Charles R. Breyer]*